STEPHEN SWEET, Appellant, *v.* HIRAM H. TINSLAR, Respondent.

(Argued April 10, 1877; decided April 17, 1877.)

*William Barnes*, for appellant.

*Irving Browne*, for respondent.

Agree to affirm. No opinion. All concur.
Judgment affirmed.

---

PETER S. PULVER, Respondent, *v.* ABRAM MARTIN, Appellant.

(Argued April 17, 1877; decided April 24, 1877.)

*Charles L. Beale*, for appellant.

*John C. Newkirk*, for respondent.

Agree to affirm on opinion of court below.
All concur, except FOLGER, RAPALLO and MILLER, JJ., not voting.
Judgment affirmed.